UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENT LUYSTER,

        Plaintiff,

v.

RIC BISHOP, et al.,

        Defendants.

CASE NO. C18-6022 BHS-MLP

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 56. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Defendants' motion for summary judgment is **GRANTED in part** and **DENIED in part** as follows:

Plaintiff's: (1) First Amendment claims; (2) Fourth Amendment claims against Defendants Tangen, Barnett, and Bishop, in their official capacities; (3) visitation rights claims against all Defendants, save for Defendant Gentry in his official capacity; (4)

ORDER - 1

exercise and recreation claims, save for Defendant Gentry in his individual and official capacity; (5) claims related to oral hygiene and shaving materials; (6) sanitary conditions claims against all Defendants, save for Defendants Gentry, Plotner, and Dougher, in their individual capacities; (7) claims related to access to bedding and clothing; (8) mental health treatment claims against all Defendants, save for Defendants Gentry, Plotner, and Dougher, in their individual capacities; (9) nutraloaf claims against all Defendants, save for Defendant Gentry in his individual capacity; (10) strip search and leg shackle claims against Defendants Tangen, Barnett, and Bishop, in their official capacities; (11) Fourteenth Amendment Equal Protection Clause claims; (12) Washington state law tort claims; and (13) claims for injunctive relief are **DISMISSED with prejudice** as Plaintiff failed to amend his complaint to correct deficiencies previously identified with respect to these claims;

Defendants' Motion is **GRANTED** as to Plaintiff's: (1) visitation rights claim against Defendant Gentry, in his official capacity; and (2) mental health treatment claims against Defendants Gentry, Plotner, and Dougher, in their individual capacities, and these claims are dismissed without prejudice for failure to exhaust;

Defendants' Motion is **GRANTED** as to Plaintiff's: (1) Fourth Amendment Claims against Defendants Gentry, Austin, Ashworth, Anderson, Plotner, Schaub, and Wolfe, in their individual and official capacities; (2) exercise and recreation claims against Defendant Gentry, in his individual and official capacity; and (3) strip search and leg shackle claims against Defendants Gentry, Austin, Ashworth, Anderson, Plotner,

1 | Schaub, and Wolfe, in their individual and official capacities, and these claims are
2 | dismissed with prejudice;
3 |     Defendants' Motion is **DENIED** as to Plaintiff's Fourteenth Amendment claims
4 | regarding: (1) the unsanitary conditions of his cell against Defendants Gentry, Plotner,
5 | and Dougher, in their individual capacities; and (2) nutraloaf claims against Defendant
6 | Gentry, in his individual capacity.
7 |     (3)    The Clerk shall terminate Defendants Bishop, Tangen, Barnett, Austin,
8 |             Ashworth, Anderson, Schaub, and Wolfe as parties in this case;
9 |     (4)    The Clerk shall send copies of this Order to the parties; and
10 |     (5)    The parties shall submit a joint status report regarding trial length and
11 |             availability within **45 days** of this Order.
12 | Dated this 27th day of September, 2021.

                                      BENJAMIN H. SETTLE
                                      United States District Judge